# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **THOMAS JETHRO FLYNN,** : | **CIVIL ACTION NO. 1:05-CV-1888** |
| : | |
| **Plaintiff** : | **(Judge Conner)** |
| : | |
| v. : | |
| : | |
| **DR. GHADDES and DR NEWTON,** : | |
| : | |
| **Defendants** : | |

## ORDER

AND NOW, this 3rd day of October 2005, upon consideration of plaintiff's application to proceed *in forma pauperis* (Doc. 2), it is hereby ORDERED that:

1. The application to proceed *in forma pauperis* (Doc. 2) is construed as a motion to proceed without full prepayment of fees and costs and is GRANTED.

2. The United States Marshal is directed to serve plaintiff's complaint (Doc. 1) on the defendants named therein.

      S/ Christopher C. Conner
      CHRISTOPHER C. CONNER
      United States District Judge